**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Orlandous L. MAYE, Defendant–
Appellant.**

No. 01–7938.

United States Court of Appeals,
Fourth Circuit.

Submitted March 21, 2002.

Decided March 28, 2002.

Orlandous L. Maye, Appellant Pro Se.
Thomas Joseph Krysa, David Hackney, Office of the United States Attorney, Alexandria, Virginia, for Appellee.

Before NIEMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Orlandous Maye seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal substantially on the reasoning of the district court.* *United States v.*

*Maye,* Nos. CR–99–104; CA–01–1507–AM (E.D.Va. Oct. 9, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

---

* We note that, although Maye states that he raised a claim of error under *Apprendi v. New Jersey,* 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), in his petition for certiorari to the Supreme Court after the dismissal of his first § 2255 motion, he has not made an *Apprendi* claim in this proceeding.